IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JIMMY FERGUSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-5258

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed January 9, 2017.

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Melissa Joy Ford, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant; Jimmy Ferguson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

ROWE, RAY, and M.K. THOMAS, JJ., CONCUR.